# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL G. SANDOVAL,<br><br>    *Petitioner*,<br><br>vs.<br><br>ROBERT LEGRAND, *et al.*<br><br>    *Respondents*. | 3:11-cv-00799-LRH-VPC<br><br>ORDER |

Following upon the notice (#10) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Debra A. Bookout, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that, following upon the discussion in the Court's prior orders (## 3 & 9), petitioner shall have until up to and including **February 1, 2012,** within which to file a first amended petition, with an opportunity for further leave to amend thereafter if requested by separate motion with the filing of the first amended petition. The Court will screen the final superceding amended petition filed prior to ordering a response.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED this 10th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE