UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL G. SANDOVAL,<br><br>                  Petitioner,<br>v.<br><br>ROBERT LEGRAND,<br><br>                  Respondents. | Case No. 3:11-cv-00799-MMD-VPC<br><br>ORDER |

    Following upon petitioner's motion for partial dismissal (dkt. no. 38) and accompanying declaration (dkt. no. 39), which seek dismissal of the claim that the Court held is unexhausted in this habeas matter,

    It is ordered that petitioner's motion for partial dismissal (dkt. no. 38) is granted and that Ground 2 is dismissed without prejudice.

    It is further ordered that respondents shall have thirty (30) days from entry of this order within which to file an answer to the remaining claims, and that petitioner thereafter shall have thirty (30) days from service of the answer within which to file a reply.

DATED THIS 16th day of January 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE